THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TURRON GODFREY, Also Known as TOMMY, Appellant. [825 NYS2d 421]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered July 2, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Kemp*, 94 NY2d 831, 833 [1999]). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH CAVIGLIANO, Appellant. [825 NYS2d 409]—Appeal from an order of the Supreme Court, Monroe County (John J. Brunetti, A.J.), dated January 31, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see People v Fields*, 30 AD3d 1020, 1021 [2006], *lv denied* 7 NY3d 712 [2006]). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.